MORRIS FREEDMAN and Another, Appellants, v. JOSEPH P. DAY, INC., Defend-

ant, Impleaded with MASDUR HOLDING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.